485-07/MEU
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
DAMPSKIBSSELSKABET "NORDEN" A/S
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
William J. Pallas (WP 6201)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DAMPSKIBSSELSKABET "NORDEN" A/S,

07 CIV.    ( )

                      Plaintiff,      **RULE 7.1 STATEMENT**

- against --

PACIFIC LINKAGE (CHINA) LIMITED,

                      Defendant.

-----------------------------------------------------------------x

       DAMPSKIBSSELSKABET "NORDEN" A/S, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       October 4, 2007

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiff

       By: _____
                Michael E. Unger (MU 0045)
                William J. Pallas (WP 6201)
                80 Pine Street
                New York, NY 10005
                Telephone: (212) 425-1900
                Facsimile: (212) 425-1901

NYDOCS1/291381.1