485-07/MEU/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
DAMPSKIBSSELSKABET "NORDEN" A/S
80 Pine Street
New York, NY 10005
(212) 425-1900 / (212) 425-1901 fax
Michael E. Unger (MU 0045)
William J. Pallas (WP 6201)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DAMPSKIBSSELSKABET "NORDEN" A/S

                Plaintiff,

    -against-

PACIFIC LINKAGE (CHINA) LIMITED

                Defendant.
------------------------------------------------------------x

07 Civ. 8626 (NRB)

**ORDER DIRECTING
RELEASE OF FUND
AND DISCONTINUANCE
OF ACTION**

It having been reported to the Court that the parties have settled this matter and no appearance having been made on behalf of the defendant;

IT IS HEREBY ORDERED that any funds restrained pursuant to the Process of Maritime Attachment and Garnishment authorized by this Court's Order dated October 5, 2007, be released in accordance with the original wire transfer instructions; and

IT IS FURTHER ORDERED that this action be dismissed with prejudice and without costs as to either party.

SO ORDERED:

October 31, 2007

_____
Hon. Naomi Reice Buchwald
U.S.D.J.

NYDOCS1/292413.1